```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

TRINIDAD GONZALEZ-RIVERA, et al.,

    Plaintiffs

    v.

HOSPITAL SAN PABLO, et al.,

    Defendants

CIVIL NO. 06-1536 (JP)

### AMENDED FINAL JUDGMENT

The Court has before it Defendant American International Insurance Company's "Sealed Motion Requesting Amendment of Judgment" (No. 114). A confidential settlement agreement was filed under seal on March 23, 2007 (No. 109), and the Court entered judgment dismissing with prejudice the Complaint against all Defendants on March 28, 2007 (No. 112). The Court **AMENDS** its earlier Judgment (**No. 112**) to also **ENTER JUDGMENT DISMISSING WITH PREJUDICE** any and all cross-claims and counter-claims asserted by the various Defendants.

This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of May, 2007.

                                                  s/Jaime Pieras, Jr.
                                                  JAIME PIERAS, JR.
                                          U.S. SENIOR DISTRICT JUDGE